THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BRUTCHER, Appellant. [827 NYS2d 913]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered July 6, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the first degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Smith, Lunn and Green, JJ.